# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PHH MORTGAGE CORPORATION, a New Jersey corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CAROL A. BROWN,<br><br>    Defendant,                      / | FILED: APRIL 13, 2009<br>09CV2241<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE ASHMAN<br>AO |
| CAROL A. BROWN,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORP.,<br><br>    Counter-Defendant,                  / | Case No.:<br><br>**Underlying Action**: Case No. 8:08-cv-00912-RAL-MSS in the MIDDLE DISTRICT OF FLORIDA (Tampa Division) |
| CAROL A. BROWN,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>KYLE MITTER, FIFTH THIRD BANK, NORTHBROOK BANK & TRUST, and SUNCOAST TITLE SERVICES OF TAMPA BAY,<br><br>    Third-Party Defendants.                     / | |

### PHH MORTGAGE CORP.'S MOTION FOR ORDER TO SHOW CAUSE

PHH Mortgage Corp. ("PHH") by and through undersigned counsel, hereby files its Motion for Order to Show Cause directed at Defendant Kyle Mitter. As grounds for this motion, PHH states as follows:

1) This action is currently pending in federal district court in the Middle District of Florida (the "Florida Action").

2) A default has been entered against Defendant Mitter in the Florida Action.

3) On January 8, 2009, trial counsel for PHH in the Florida Action issued a subpoena for the deposition testimony of Kyle Mitter to be taken on January 29, 2009. *See* Exhibit A attached hereto.

4) On January 14, 2009, Mitter was served with the subpoena at his home in Northbrook, Illinois. *See* Exhibit B attached hereto.

5) Late in the afternoon of January 28, 2009, Mr. Mitter contacted an employee of PHH and indicated that he would not be appearing but that his attorney would appear at the appointed time for the deposition.

6) Neither Mr. Mitter nor his attorney appeared at the scheduled deposition on January 29, 2009. At no time did Mr. Mitter or his counsel contact PHH's counsel to inform him that Mr. Mitter would not be attending. Moreover, Mr. Mitter did not file an objection or Motion to Quash – he merely made the autonomous decision to willfully ignore a validly issued subpoena.

7) Due to the uncertainty involved in taking Mr. Mitter's deposition, PHH's Florida trial counsel was forced to spend another night and day in Chicago while attending the aborted deposition and obtaining a Certificate of Nonappearance. *See* Exhibit C attached hereto.

8) Federal Rule 45 requires the attendance at deposition once a subpoena is served.

9) Furthermore, the language of Rule 45(d) does not excuse attendance at a deposition merely by objection (which Mr. Mitter did not even file). To the contrary, "failure to comply with a subpoena may be punishable by contempt." *Kellogg Co. v. New Generation Foods, Inc.*, Case No. 87 C5266, 1987 WL 19802, at * 2 (N.D. Ill. Nov. 9, 1987).

10) Mitter's failure to appear at his deposition has damaged PHH by requiring it to incur additional legal fees.

WHEREFORE, PHH Mortgage Corp. respectfully requests that the Court grant this motion and issue an Order to Show Cause why contempt should not be found. Additionally, PHH requests that the Court order Mr. Mitter to sit for deposition within thirty (30) days from the date of the Court's order and pay the travel expenses of PHH's trial counsel to travel back to Chicago and take his deposition. PHH also requests its reasonable attorneys' fees for having to bring this motion.

Respectfully submitted,

**PHH MORTGAGE CORP.**

s/ L. Anthony Lehr
One of Its Attorneys

L. Anthony Lehr
Attorney Bar No. 6187689
Dmitry Shifrin
Attorney Bar No. 6279415
Michael J. Werich
Attorney Bar No. 6294060
BRYAN CAVE LLP
161 N. Clark Street, Suite 4300
Chicago, IL  60601
Telephone: (312) 602-5000
Fax: (312) 602-5050
E-mail: tony.lehr@bryancave.com
E-mail: ddshifrin@bryancave.com
E-mail: michael.werich@bryancave.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April, 2009, I served a copy of the foregoing via U.S. Mail and email upon the following:

Roger J. Haughey, II, Equire  
Sivyer Barlow & Watson, P.A.  
401 East Jackson Street, Suite 2225  
Tampa, Florida 33602

Michael Rachlis, Esquire  
Edwin L. Durham, Esquire  
Darnella Ward, Esquire,  
Rachlis Durham Duff & Adler, LLC  
542 S. Dearborn Street, Suite 900  
Chicago, IL 60605

Natalie P. Thomas, Esquire  
Woodrow H. Pollack, Esquire  
Holland & Knight, LLP  
P.O. Box 1288  
Tampa, Florida 33601

I hereby certify that on the 13th day of April, 2009, I served a copy of the foregoing via U.S. Mail and by hand via process server upon the following:

Kyle Mitter  
2112 Maple Avenue  
Northbrook, Illinois 60062

s/ Michael J. Werich